IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSTON, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-13-3063 |
| | : |
| WARDEN JEFF THOMAS, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

| | |
|---|---|
| ERIC HOUSTON, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-14-722 |
| | : |
| LT. CONDOZA, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

| | |
|---|---|
| ERIC HOUSTON, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-14-1361 |
| | : |
| DEPARTMENT OF JUSTICE, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

**ORDER**

August 12, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **CONSOLIDATE** Houston v. Cordoza, et al., Civil No. 4:CV-14-722 and Houston v. Department of Justice, et al., Civil No. 4:CV-14-1361 into Houston v. Thomas, et al., Civil No. 4:CV-13-3063.

2. The Clerk of Court is directed to **CLOSE** the case of Houston v. Cordoza, et al., Civil No. 4:CV-14-722.

3. The Clerk of Court is directed to **CLOSE** the case of Houston v. Department of Justice, et al., Civil No. 4:CV-14-1361.

4. Within twenty-one (21) days of the date of this Order, Plaintiff may file and serve an amended complaint on the attached form complaint which does not exceed twenty-five (25) pages in length and is in compliance with Federal Rule of Civil Procedure 8(e).[1]

---

[1] Attached to this Order is a form civil rights complaint which this Court routinely provides to pro se litigants.

5. Failure of the Plaintiff to timely submit a proper amended complaint or otherwise respond to this Order will result in dismissal of his action for failure to prosecute.

6. Plaintiff's motion to compel (Doc. 11) in <u>Houston</u>, Civil Action No. 4:CV-13-3063 is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

  s/   Matthew W. Brann
Matthew W. Brann
United States District Judge